IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOYCE BRISTOW                                                   PLAINTIFF

VERSUS                          CIVIL ACTION NO: 5:09-cv-66-DCB-JMR

LEZLI BASKERVILLE                                               DEFENDANT

**ORDER**

Comes now the Court, having viewed the defendant's Motions for Summary Judgment [docket entries no. 31, 36], and seeks clarification of the summary judgment motions in regard to the plaintiff's claims for adultery and negligent and intentional infliction of emotional distress. Although it appears from the motions that the intent of the defendant is to move for summary judgment on all claims, the briefs only address the plaintiff's alienation of affection claim. The briefs do not address the plaintiff's additional claims.

Therefore, the defendant will be given ten (10) days from the entry of this Order to file a supplemental brief addressing these additional claims. The plaintiff will have five (5) days to file a response.

**SO ORDERED** this the 5th day of May 2010.

                                        s/ David Bramlette
                                        **UNITED STATES DISTRICT JUDGE**