IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOYCE BRISTOW                                                            PLAINTIFF

VERSUS                              CIVIL ACTION NO: 5:09-cv-66-DCB-JMR

LEZLI BASKERVILLE                                                       DEFENDANT

ORDER

In light of this Court's December 6th, 2010 Order [docket entry no. 63] vacating its earlier Order granting summary judgment [docket entry no. 54], the Judgment of Dismissal dated May 17, 2010 [docket entry no. 55] should also be vacated.

Accordingly,

**IT IS HEREBY ORDERED** that this Court's Judgment of Dismissal [docket entry no. 55] is **VACATED.**

**SO ORDERED AND ADJUDGED** this the 7th day of December 2010.

    s/ David Bramlette
**UNITED STATES DISTRICT JUDGE**

1